*E-FILED - 3/20/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES, | No. C 99-20023 RMW (PR) |
| Plaintiff, | ORDER REGARDING PENDING MOTIONS; ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF INTENT TO PROSECUTE |
| v. | |
| J. CUNNINGHAM, et al., | |
| Defendants. | (Docket Nos. 93, 98, 102) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On December 19, 2007, the court referred this action to the court's Pro Se Prisoner Settlement Program, continued the pending motions, and stayed the case pending the settlement conference proceedings. Based upon the court's staying the instant action pending settlement proceedings, the pending motions (docket nos. 93, 98, 102) are DENIED without prejudice and CONTINUED until after the settlement proceedings.

On January 2, 2008, a copy of the court's order sent to plaintiff was returned by mail as undeliverable because plaintiff is no longer at the prison facility, as he was transported from the prison to attend local court proceedings. There is no mention of plaintiff's current custodial location on the returned mail envelope. The court notes that plaintiff has not communicated with the court since July 2007.

Order Regarding Pending Motions; Order Directing Plaintiff to File Notice of Intent to Prosecute
P:\pro-se\sj.rmw\cr.99\Jones023miscpros

1  Accordingly, it is in the interests of justice and judicial efficiency for the court to establish plaintiff's current address and whether he intends to continue to prosecute this action. Plaintiff shall file with the court a notice of his current address and whether he wishes to continue to pursue his claims **within thirty (30) days** of the date this order is filed.

It is plaintiff's responsibility to prosecute this case. All communications by the plaintiff with the court must be served on defendants, or defendants' counsel, by mailing a true copy of the document to defendants or defendants' counsel. Plaintiff must keep the court and all parties informed of any change of address and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: 3/19/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge