*E-FILED - 4/28/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>J. CUNNINGHAM, et al.,<br><br>    Defendants.<br>_____ / | No. C 99-20023 RMW (PR)<br><br>FURTHER ORDER REFERRING CASE TO PRO SE PRISONER SETTLEMENT PROGRAM; DIRECTING DEFENDANTS TO SCHEDULE DATE FOR SETTLEMENT CONFERENCE; INSTRUCTIONS TO CLERK |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action alleging that he was subjected to excessive force while incarcerated at Salinas Valley State Prison.  On December 19, 2007, the court referred this action to the court's Pro Se Prisoner Settlement Program, continued the pending motions, and stayed the case pending the settlement conference proceedings.  On January 2, 2008, a copy of the court's order sent to plaintiff was returned by mail as undeliverable because plaintiff was no longer at the prison facility and was sent out to court for over seven days.  On March 20, 2008, the court issued an order denying the pending motions based upon the referral for settlement proceedings and stay pending the settlement conference.  The court also issued an order to show cause to plaintiff as to whether he intends to continue to prosecute this action.

Further Order Referring Case to Pro Se Prisoner Settlement Program; Directing Defendants to Schedule Date for Settlement Conference; Instructions to Clerk
P:\PRO-SE\SJ.Rmw\CR.99\Jones023refer2.wpd

1  The court directed plaintiff to file a notice of his current address and whether he intended to
2  prosecute his claims within sixty days.

3  On April 11, 2008, plaintiff filed a notice of intent to prosecute and notice of change
4  of address. Plaintiff states that he intends to proceed with due diligence in the instant civil
5  rights action. Plaintiff also requests a copy of the court's December 19, 2007 order referring
6  the case to the Pro Se Prisoner Settlement Program. The clerk shall send a copy of the
7  December 19, 2007 order to plaintiff.

8  Accordingly, the court will proceed with the referral of the instant case to Magistrate
9  Judge Vadas for settlement proceedings pursuant to the Pro Se Prisoner Settlement Program.
10 The proceedings shall take place **within ninety (90) days** of the date of this order.
11 Defendants' counsel shall contact Judge Vadas **within fourteen (14) days of the date this**
12 **order is filed** in order to schedule a date for the settlement conference in this matter.
13 Magistrate Judge Vadas shall coordinate a time and date for a settlement conference with all
14 interested parties or their representatives and, **within ten (10) days** after the conclusion of
15 the settlement proceedings, file with the court a report regarding the prisoner settlement
16 proceedings.

17 The clerk of court shall deliver the court file or a copy thereof, including a
18 copy of this order, to Magistrate Judge Vadas in Eureka, California. The case will remain
19 STAYED pending the settlement conference proceedings.

20 IT IS SO ORDERED.

21 Dated: ____4/21/08____   _____
                             RONALD M. WHYTE
22                           United States District Judge

Further Order Referring Case to Pro Se Prisoner Settlement Program; Directing Defendants to Schedule Date for Settlement Conference; Instructions to Clerk
P:\PRO-SE\SJ.Rmw\CR.99\Jones023refer2.wpd         2