**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODNEY WAYNE JONES,

    Plaintiff,

J. CUNNINGHAM, et al. ,

    Defendants.

No.  ORDER

The prisoner litigant is currently being arraigned on assault charges in state court.  The parties have agreed to a telephone conference to set a date for settlement conference on May 29, 2008 at 9:30 a.m.

Dated: May 20, 2008

    NANDOR J. VADAS
    United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONES                                                                 No. C 99-20023 RMW

v.                                                                         CERTIFICATE OF SERVICE

CUNNINGHAM

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Rodney Wayne Jones**
D55894
Calipatria State Prison
Post Office Box 5002
Calipatria, CA 92233-5002

RICHARD W. WIEKING, CLERK

By:/s/_____
        Deputy Clerk

2