*E-FILED - 8/21/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>J. CUNNINGHAM, et al.,<br><br>    Defendants. | No. C 99-20023 RMW (PR)<br><br>ORDER DENYING MOTION TO STAY SETTLEMENT PROCEEDINGS; DIRECTING MAGISTRATE JUDGE VADAS TO SET SETTLEMENT CONFERENCE; DENYING MOTION FOR SANCTIONS AND CONTEMPT JUDGMENT<br><br>(Docket Nos. 126, 129) |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action alleging that he was subjected to excessive force while incarcerated at Salinas Valley State Prison. On December 19, 2007, the court referred this action to the court's Pro Se Prisoner Settlement Program ("PSP"), continued the pending motions, and stayed the case pending the settlement conference proceedings. On April 28, 2008, the court ordered defendants to contact Magistrate Judge Vadas pursuant to the PSP to arrange a settlement conference, which Judge Vadas set for May 6, 2008. That conference was canceled due to a scheduling conflict for plaintiff. Defendants have filed a motion to stay the settlement proceedings in this matter until the resolution of a criminal case now pending in Imperial County Superior Court, People v. Jones, No. JCF 19033. Plaintiff has filed a motion for sanctions against defendants.

1  This case has been pending for over nine years. The stay requested by defendants is,
2 at this point, indefinite, as plaintiff's state court criminal case has not yet been set for trial.
3 Defendants state that the criminal case involves "parallel" issues to the instant matter, but the
4 incident at issue in the criminal case is entirely separate, took place at a different prison,
5 involved different prison officials, and indeed occurred six years after the instant case was
6 filed. There is no indication that the incident in the criminal case is at all related to the
7 incident at issue here, let alone that the resolution of the instant matter depends in any way
8 on the outcome of the criminal case. Under these circumstances, the court finds that it would
9 be unfair to plaintiff to further and indefinitely delay this very old case based on a criminal
10 case involving an entirely separate and apparently unrelated incident. Magistrate Judge
11 Vadas has indicated to the court that it is worthwhile to proceed with the settlement
12 proceedings. Accordingly, defendants' motion for a stay of the settlement proceedings
13 pending the outcome of plaintiff's state court criminal matter is DENIED.

14  Magistrate Judge Vadas shall coordinate a time and date for a settlement conference
15 with all interested parties or their representatives, which conference will be held within
16 **forty-five (45) days** of the date this order is filed. **Within ten (10) days** after the conclusion
17 of the settlement proceedings, file with the court a report regarding the prisoner settlement
18 proceedings. If the instant matter is not resolved in the settlement proceedings, pro bono
19 counsel will be appointed to represent plaintiff under the Federal Prisoner Pro Bono Project;
20 following such appointment, this matter will be set for trial.

21  Plaintiff's motion for sanctions and to hold defendants in contempt is DENIED.
22 While there have been substantial delays in this case, the court does not find grounds for
23 sanctioning defendants.

24 //
25 //

1  The clerk of court shall send a copy of this order to Magistrate Judge Vadas in Eureka,
2  California.  The case will remain STAYED pending the settlement conference proceedings.
3  This order terminates Docket Nos. 126 and 129.
4  IT IS SO ORDERED.
5  Dated: ___8/21/08_____         _____
                                      RONALD M. WHYTE
6                                     United States District Judge