IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>J. CUNNINGHAM et al.,<br><br>　　　　Defendants. | Case No C 99-20023 RMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on October 28, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Scott Feudale

☐ Other: California Department of Corrections and Rehabilitation

1   (2)   The following individuals, parties, and/or representatives did not appear:

2   (3)   The outcome of the proceeding was:

3   ☐ The case has been completely settled.

4   ☐ The case has been partially resolved and, on or before

5   _____, counsel for defendants shall file a joint stipulation specifying

6   those claims which have been resolved and those that remain to be resolved by the Court.

7   ☐ The parties agree to an additional follow up settlement on

8   _____.

9   ☒ The parties are unable to reach an agreement at this time.

10

11  Date:  11/24/08                    _____
                                        Nandor J Vadas
                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONES

v.

CUNNINGHAM
_____/

No. C 99-20023 RMW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Rodney Wayne Jones**
D55894
Calipatria State Prison
Post Office Box 5002
Calipatria, CA 92233-5002

RICHARD W. WIEKING, CLERK

By:/s/_____
         Deputy Clerk

3