1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

***E-FILED - 6/17/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODNEY WAYNE JONES,

      Plaintiff,

  v.

J. CUNNINGHAM, et al.,

      Defendants.

_____/

No. C 99-20023 RMW (PR)

ORDER APPOINTING COUNSEL

Plaintiff being in need of counsel to assist him in this matter, and volunteer attorneys willing to be appointed to represent plaintiff having been located by the court,

IT IS HEREBY ORDERED THAT Sara T. Wickware and Lien Dang of the law firm Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California 94025, are appointed as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

A status conference is set in this matter for **August 21, 2009 at 10:30 a.m.** to set pretrial and trial dates. The parties are instructed to file a Joint Status Conference Statement, pursuant to Civil L.R. 16-9, seven days prior to the conference. The stay of this matter shall remain in effect until four weeks from the date this order is filed.

1    The clerk shall serve Ms. Wickware, as well as the parties, with a copy of this order,

2  and shall update the docket sheet in this matter to reflect plaintiff's new counsel..

3    IT IS SO ORDERED.

4  DATED:  __6/16/09_____

5                                                    RONALD M. WHYTE
                                                    United States District Judge

United States District Court
For the Northern District of California