```
TIMOTHY P. MURPHY, ESQ. (120920)
DOLORES M. DONOHOE, ESQ. (111432)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
```

Attorneys for Defendant
W. FAULKNER

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODNEY WAYNE JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONAL OFFICER J. CUNNINGHAM, CORRECTIONAL OFFICER E. MOORE, CORRECTIONAL OFFICER J. J. HUGHES, CORRECTIONAL OFFICER W. FAULKNER<br><br>　　　　Defendants. | CASE NO.: C99-20023 RMW (PR)<br><br>**STIPULATION AND** ]XXXXXXXXXXXX<br>**ORDER TO CONTINUE MOTION FOR LEAVE TO TAKE A SECOND DEPOSITION OF PLAINTIFF PURSUANT TO F.R.C.P. 30(a)(2)(B)** |

　　　　Defendant W. FAULKNER, by and through his counsel, hereby stipulates to the following and respectfully request that the Court continue the October 27, 2009 Motion for Leave to Take a Second Deposition of Plaintiff Pursuant to F.R.C.P. 30(a)(2)(B) to November 3, 2009, which is mutually agreeable to the Court and the parties:

1.　　The parties have not previously requested a continuance of this matter.

2.　　As a result of a calendar conflict, defendant Faulkner requests the continuance of said motion.

3.　　The current briefing schedule remains in effect.

---

1

AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE A SECOND DEPOSITION OF PLAINTIFF PURSUANT TO F.R.C.P. 30(a)(2)(B)

4.   For these reasons, the parties stipulate to continue the Motion for Leave to Take A Second Deposition of Plaintiff from October 27, 2009 to November 3, 2009.

Respectfully submitted,

DATED:                              LATHAM & WATKINS, LLP

                                    By: /s/
                                        _____
                                        Lien Dang

                                    Attorney for Plaintiff, RODNEY WAYNE JONES


Respectfully submitted,

DATED:                              OFFICE OF THE ATTORNEY GENERAL

                                    By: /s/
                                        _____
                                        Scott J. Feudale

                                    Attorney for Defendants, J. CUNNINGHAM, E. MOORE and J.J. HUGHES


Respectfully submitted,

DATED:                              EDRINGTON, SCHIRMER & MURPHY

                                    By: /s/
                                        _____
                                        Dolores M. Donohoe

                                    Attorney for Defendant W. FAULKNER

///

///

///

---
2

AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE A SECOND DEPOSITION OF PLAINTIFF PURSUANT TO F.R.C.P. 30(a)(2)(B)

## ORDER

For the reasons set forth in the parties' stipulation, and for good cause shown, the Motion for Leave to Take a Second Deposition of Plaintiff is continued from October 27, 2009 to November 3, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __ October 13, 2009 _____

*Patricia V. Trumbull*
MAGISTRATE JUDGE
PATRICIA V. TRUMBULL
UNITED STATES DISTRICT JUDGE