IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RODNEY WAYNE JONES,**<br><br>Plaintiff,<br><br>v.<br><br>**J. CUNNINGHAM, et al.,**<br><br>Defendants. | Case No. C 99-20023 RMW NJV (PR)<br><br>**[PROPOSED] ORDER DIRECTING DEFENDANTS' TO TRANSFER PLAINTIFF FROM CALIFORNIA STATE PRISON-CORCORAN TO CALIFORNIA STATE PRISON-SOLANO FOR SETTLEMENT PURPOSES** |

Recently, this case was transferred to this Court for settlement purposes. Counsel for the parties have agreed to hold a settlement conference on December 16, 2009 at California State Prison-Solano in Vacaville, California. In order to facilitate a meaningful settlement conference, it is necessary to have Plaintiff Rodney Jones (Plaintiff) appear in person. However, Plaintiff is currently incarcerated at California State Prison-Corcoran in Corcoran, California.

Accordingly, Defendants are ORDERED to transfer Plaintiff from California State Prison-Corcoran to California State Prison-Solano so that he may appear in person at the scheduled settlement conference on December 16, 2009 at 9:00 a.m.

Dated: 11/17/09

_____
The Honorable Nandor J. Vadas
United States Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas

1

[Proposed] Order Directing Transfer of Pl. (C 99-20023 RMW NJV (PR))

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[Proposed] Order Directing Transfer of Pl. (C 99-20023 RMW NJV (PR))