1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11

**RODNEY WAYNE JONES,**                    Case No. C 99-20023 RMW NJV (PR)

12                                Plaintiff,    **[PROPOSED] ORDER VACATING THE**
                                               **NOVEMBER 17, 2009 ORDER**
13                                             **DIRECTING THE TRANSFER OF**
                                               **PLAINTIFF FROM CORCORAN STATE**
14             **v.**                          **PRISON TO SOLANO STATE PRISON**
                                               **FOR SETTLEMENT PURPOSES**
15   **J. CUNNINGHAM, et al.,**

16                                Defendants.

17

18        On November 17, 2009, this Court ordered Plaintiff, Rodney Jones, an inmate incarcerated

19   at Corcoran State Prison transferred to Solano State Prison in Vacaville, California so that he may

20   attend the December 16, 2009 settlement conference in person.  Since the issuance of that order,

21   the Court has been advised that Plaintiff's transfer would create a security risk given that Plaintiff

22   is currently serving an indeterminate term in the Security Housing Unit for multiple Rules

23   Violations.

24        In the interest of safety, the Court VACATES its November 17, 2009 order.  Plaintiff will

25   now appear at the rescheduled settlement conference via video conferencing equipment.

26

27   Dated: __12/14/09_____        _____
                                               The Honorable Nandor J. Vadas
28                                             United States Magistrate Judge

                                               1