IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WAYNE JONES,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>J. CUNNINGHAM et al.,<br><br>　　　　Defendants. | Case No C 99-20023 RMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 16, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　☒  Plaintiff by video and his attorney Sara Wickwave

　☐  Warden or warden's representative

　☒  Office of the California Attorney General, Scott Fuedale

　☒  Other: California Department of Corrections and Rehabilitation, Kaye Basset

1  (2)    The following individuals, parties, and/or representatives did not appear:

2  (3)    The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 1/22/10

Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California